UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CYNTHIA A. ROBINSON,<br><br>                Petitioner,<br><br>  vs.<br><br>YAKIMA COUNTY DISTRICT COURT,<br><br>                Respondent. | NO.  CV-07-3036-EFS<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

In an Order on August 28, 2007 (Ct. Rec. 5), the Court directed Petitioner to either pay the $5.00 filing fee for this habeas corpus action or to submit a motion for leave to proceed *in forma pauperis* along with the affidavit required by 28 U.S.C. § 1915 and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that she has in any institution account.  *See* Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner did not comply with these requirements because the *in forma pauperis* application she submitted on September 7, 2007, specifically states that it should **not** be used if the person is

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

bringing a Petition for Writ of Habeas Corpus.  Petitioner also submitted a copy of her prisoner trust fund account statement; this is not necessary when filing a federal habeas action.

In an Order on November 6, 2007 (Ct. Rec. 10), Petitioner was granted an additional twenty (20) days to comply with the Court's directive to either pay the $5.00 filing fee in this action or to submit the appropriate *in forma pauperis* application form.  Again she did not comply.

Having granted Petitioner two previous opportunities to comply with Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts, **IT IS HEREBY ORDERED**:

1) Petitioner's request to proceed *in forma pauperis* is **DENIED.**

2) This action is **DISMISSED without prejudice.**  Petitioner may file a new action and either pay the filing fee or submit the appropriate *in forma pauperis* application.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner, and close the file.

**DATED** this      28th      day of January 2008.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                       UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2