AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Cynthia A. Robinson

JUDGMENT IN A CIVIL CASE

v.

Yakima County District Court

CASE NUMBER: CV-07-3036-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  The Petitioner failed to comply with the Court's directive to either pay the required filing fee, or submit a motion for leave to proceed in forma pauperis required by 28 U.S.C. 1915.  The Petitioner's request to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice.

01/28/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson